IN THE UNITED STATES DISTRICT COURT FOR THE~~CEIVED~~
MIDDLE DISTRICT OF ALABAMA

Northern _____ DIVISION

2021 JUL 21  A 11: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Jimmy Lee Roberts _____ ) | |
| 105 Pearl Drive _____ ) | |
| Wetumpka, Alabama 36093 _____ ) | |
| Plaintiff(s), ) | CIVIL ACTION NO. |
| ) | 2:21-CV-491-MHT-JTA |
| ) | JURY DEMAND (MARK ONE) |
| ) | |
| v. ) | ☐YES    ☑NO |
| Walton Enterprises _____ ) | |
| 110 NW 2nd Street _____ ) | |
| Bentonville, Arkansas 72712 _____ ) | |
| Defendant(s). | |

## COMPLAINT

1.     Plaintiff(s)' address and telephone number: 105 Pearl Drive Wetumpka, Alabama 36093 and 3342618331 _____

_____

_____

2.     Name and address of defendant(s): Walton Enterprises and 110 NW 2nd Street Bnetonville, Arkansas 72712 _____

_____

_____

_____

_____

3.     Place of alleged violation of civil rights: Wetumpka, Alabama _____

_____

4.     Date of alleged violation of civil rights: August 14, 2014 _____

5.     State the facts on which you base your allegation that your constitutional rights have been violated: The project sponsir is not going to pay me for what I consider a wage. _____

_____

_____

_____

_____

_____

_____

1

6.   Relief requested: Default Judgment

Date: 06/19/2021

Plaintiff(s) Signature

2