IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JIMMY LEE ROBERTS,         )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:21cv491-MHT
                           )          (WO)
WALTON ENTERPRISES,        )
                           )
    Defendant.             )
```

OPINION

Plaintiff, who is pro se, filed this lawsuit explaining only that a project sponsor was not going to pay him what he considered an adequate wage, and seeking a default judgment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because he failed to follow the court's order to file an amended complaint, after being warned that his case would be recommended for dismissal if he failed to do so. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of February, 2022.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE